**No. 46746.**—Protests 58860–K/12330, etc., of Standard Oil Co. of Louisiana (New Orleans).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of refinery gases. Following *Standard Oil Co.* v. *United States* (6 Cust. Ct. 237, C. D. 471) the merchandise was held dutiable at 10 percent under paragraph 1555 as claimed.